IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2009-cv-00083 WDM-MJW

KD ACQUISITION I, LLC d/b/a KINGS DELIGHT, a Delaware Limited Liability Company,

Plaintiff,

v.

ACORN CAPITAL, LLC d/b/a MODERN FOODS, an Indiana Limited Liability Company.

Defendant.

---

## ORDER VACATING SETTLEMENT CONFERENCE
( Docket No 24 )

---

This matter is before the Court on the Unopposed Motion To Vacate Settlement Conference ("Motion"). Having considered it, the Court GRANTS the Motion. The Settlement Conference set for June 17, 2009 at 1:30 p.m. is VACATED in light of the Joint Stipulation to Judgment that was filed on June 11, 2009.

DONE this 15TH day of June 2009.

BY THE COURT.

/s/ Michael J. Watanabe

UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1394745 v1 den