IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2009-cv-00083 WDM-MJW

KD ACQUISITION I, LLC d/b/a KINGS DELIGHT, a Delaware Limited Liability Company,

Plaintiff,

v.

ACORN CAPITAL, LLC d/b/a MODERN FOODS, an Indiana Limited Liability Company.

Defendant.

## CONSENT JUDGMENT

THIS MATTER COMES BEFORE ME on the JOINT STIPULATION TO JUDGMENT filed by Plaintiff, KD Acquisition I, LLC d/b/a Kings Delight ("Kings Delight"), and Defendant, Acorn Capital, LLC d/b/a Modern Foods ("Modern Foods"). I have reviewed the file and the pleadings herein, and conclude that the stipulation and proposed consent judgment are appropriate. I further find that:

1.      Modern Foods consents to personal jurisdiction and venue in Colorado and this Court has subject matter jurisdiction under 28 U.S.C. §1332(a)(1).

2.      The parties entered into a Settlement Agreement, which was attached as Exhibit 1 to the Complaint, to settle all issues regarding the Demand for Arbitration filed by Kings Delight against Modern Foods before the American Arbitration Association, Case Number 52 181 Y 00511, and the counterclaims asserted by Modern Foods against Kings Delight in the arbitration.

2

3. The American Arbitration Association entered an Order for Dismissal with Prejudice, dismissing the arbitration.

4. Pursuant to the Settlement Agreement, Modern Foods was required to pay Kings Delight three hundred and fifty thousand dollars ($350,000.00) ("the Settlement Amount") according to the payment terms set forth in the Settlement Agreement.

5. Modern Foods paid Kings Delight $277,000 of the Settlement Amount.

6. Pursuant to the terms of the Settlement Agreement, in the event Modern Foods fails to timely make any payment required by the Settlement Agreement and fails to cure such default within fourteen (14) days after being notified by Kings Delight of such default, Kings Delight is entitled to file this lawsuit for breach of the Settlement Agreement and to have judgment entered in its favor for the Settlement Amount, less any sums then paid to Kings Delight pursuant to the Settlement Agreement, plus any reasonable costs and attorneys' fees incurred in this action or in collecting this judgment.

7. Modern Foods failed to timely make a payment required by the Settlement Agreement and has failed to cure this default within fourteen (14) days after being notified by Kings Delight of such default.

8. Kings Delight is entitled to have judgment entered in its favor and against Modern Foods in the amount of $77,325.50, an amount which represents the Settlement Amount, less any sums already paid to Kings Delight pursuant to the Settlement Agreement, plus any reasonable costs and attorneys' fees incurred in this action.

9. Modern Foods forever waived any rights it may have to seek relief from the above judgment under Fed. R. Civ. P. 59 to 62, or to appeal the above judgment, subject to the

3

terms of the Settlement Agreement.

Accordingly, it is ordered:

1. Judgment is entered in favor of Plaintiff, Kings Delight, against Defendant, Modern Foods, and in the sum of $77,325.50; and

2. This case is otherwise dismissed with prejudice.

Dated this 22nd day of June, 2009

                                 BY THE COURT:

                                 s/ Walker D. Miller

                                 _____

                                 Walker D. Miller